IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLE PAGE,

    Plaintiff,                  No. 2:09-cv-0800 GEB JFM PS

    vs.

STATE OF CALIFORNIA,
EMPLOYMENT DEVELOPMENT
DEPARTMENT,

    Defendants.             <u>ORDER TO SHOW CAUSE</u>

                              /

        Plaintiff has filed a complaint alleging claims pertaining to termination of unemployment benefits. The federal courts are courts of limited jurisdiction. There is no apparent basis for subject matter jurisdiction evident in the complaint. The gravamen of the complaint appears to be one that is appropriately resolved in the state court.

        Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

DATED: March 27, 2009.

                                                            UNITED STATES MAGISTRATE JUDGE

001; page.osc